THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY
    v. EDGAR O. DURFEE, JUDGE OF PROBATE OF
                  WAYNE COUNTY.

*Estates of deceased persons—Contingent claim—Disallowance—*
                *Remedy of claimant.*

*Mandamus* will not lie to compel a probate judge to allow a con-
    tingent claim against the estate of a deceased person, the
    proper remedy being by an appeal from the order of dis-
    allowance.

*Mandamus.*   Order to show cause denied May 31, 1893.

Relator petitioned the probate court of Wayne county
for the allowance against the estate of a deceased person
of a contingent claim which had become absolute after the
expiration of the time limited for creditors to present their
claims.    On the hearing the respondent refused to allow
the claim, and dismissed the petition, and relator applied
for *mandamus* to compel the allowance of the claim.

*Alfred Russell*, for relator.

PER CURIAM.    An order to show cause is denied, the
remedy being by appeal where a contingent claim against
an estate is disallowed by the probate court upon a hear-
ing.